UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TEMSA ULASIM ARACLARI SANAYI VE TICARET :
A.S., *formerly known as* TEMSA GLOBAL SANAYI VE :
TICARET A.S., :
:
                    Petitioner, :      22 Civ. 492 (JPC)
:
     -v-                              :      ORDER
:
CH BUS SALES, LLC, *formerly known as* CH :
TRADING COMPANY, :
:
                    Respondent. :
-------------------------------------------------------------------X

JOHN P. CRONAN, District Judge:

       On January 19, 2022 Petitioner filed a petition to confirm an arbitration award. *See* Dkt. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition to confirm by February 18, 2022. Respondent's opposition, if any, is due on March 4, 2022. Petitioner's reply, if any, is due March 11, 2022.

       Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than February 18, 2022 and shall file an affidavit of such service with the court no later than February 23, 2022.

       SO ORDERED.

Dated: January 21, 2022                               _____
       New York, New York                        JOHN P. CRONAN
                                                                  United States District Judge