**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TEMSA ULASIM ARACLARI SANAYI
VE TICARET A.S. f/k/a TEMSA GLOBAL
SANAYI VE TICARET A.S.,

                Petitioner,

  -against-                                              22 **CIVIL** 492 (JPC)

                                                                **<u>JUDGMENT</u>**

CH BUS SALES, LLC f/k/a CH TRADING
COMPANY,

                Respondent.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 1, 2022, the Petition is granted. Judgment is entered in the amount of $17,235,028.16. Post-judgment interest will accrue at the statutory rate; accordingly, the case is closed.

**Dated:**  New York, New York

       September 1, 2022

                                                                **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                    **BY:**      *K. Mango*

                                                                   **Deputy Clerk**